UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| HAROLD HANSON, | } |
| Plaintiff, | } |
| VS. | } CIVIL ACTION NO. H-09-875 |
| PIPE FITTERS UA LOCAL 211, *et al*, | } |
| Defendants. | } |

### OPINION & ORDER

Plaintiff Harold Hanson has filed a letter explaining his intent not to pursue legal remedies against defendant (Doc. 3). Consequently, the Court treats this as a voluntary dismissal. It is ORDERED that the instant action be DISMISSED WITHOUT PREJUDICE.

SIGNED at Houston, Texas, this 16th day of April, 2009.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE